

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00025-CV

| | | |
|---|---|---|
| THOMAS GUNDERSON, Appellant | § | On Appeal from the 481st District Court |
| | § | of Denton County (23-9094-481) |
| V. | | |
| | § | July 11, 2024 |
| NATIONAL INDOOR RV CENTERS, LLC, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Thomas Gunderson shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth